FILED
CLERK, U.S. DISTRICT COURT

11/17/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:21-mj-00685 |
| v. | |
| DOMINGUEZ, REYNA RENEE | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: PETITION
in the SOUTHERN District of CALIFORNIA on 11/17/2021
at 8:00 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about 10/18/2021
in violation of Title 18 U.S.C., Section(s) 3583
to wit: PROBATION VIOLATION

A warrant for defendant's arrest was issued by: The Honorable Gonzalo P. Curiel

Bond of $ no was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/17/21
                Date

*Cesar Perez*
Signature of Agent

Cesar Perez
Print Name of Agent

USMS
Agency

DEO
Title